Mahadhi Corzano Esq. (SBN 254905)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
mcorzano@consumerlawcenter.com
Attorneys for Plaintiff,
LISA GUINN

**UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISA GUINN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NORTHSTAR LOCATION SERVICES, LLC,<br><br>　　　　　Defendant. | Case No.:<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>**(Unlawful Debt Collection Practices)** |

## <u>VERIFIED COMPLAINT</u>

LISA GUINN (Plaintiff), by her attorneys, KROHN & MOSS, LTD., alleges the following against NORTHSTAR LOCATION SERVICES, LLC (Defendant):

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA).

3. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, insurers, and attorneys.

**JURISDICTION AND VENUE**

4. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

5. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

6. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

7. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

**PARTIES**

8. Plaintiff is a natural person residing in Magalia, Butte County, California.

9. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)* and Defendant is attempting to collect a debt by communicating with Plaintiff as that term is defined by *15 U.S.C. 1692a(5)* and *Cal. Civ. Code § 1788.2(h)*.

10. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ. Code §1788.2(c)*, and sought to collect a consumer debt by contacting Plaintiff.

11. Defendant is a national company with business offices in Cheektowaga, New York.

**FACTUAL ALLEGATIONS**

12. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt (See Exhibit A).

13. Defendant calls Plaintiff on her home telephone number, at 530-413-9264.

14. Defendant calls Plaintiff from telephone number, 888-820-0964.

15. Defendant calls Plaintiff and hangs up without leaving a voicemail message.

16. Defendant calls Plaintiff and fails to disclose the call is from a debt collector because Defendant calls Plaintiff and does not leave messages.

17. Defendant calls Plaintiff and fails to state that the call is from Northstar Location Services, because Defendant calls Plaintiff and does not leave messages.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

18. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692d* of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of the Plaintiff.

    b. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

    c. Defendant violated *§1692d(6)* of the FDCPA by placing telephone calls without meaningful disclosure of the caller's identity because Defendant calls Plaintiff and hangs up without leaving a voicemail message.

    d. Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt by calling Plaintiff and hanging up without leaving a voicemail message.

    e. Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in subsequent communications that the call is from a debt collector because Defendant calls Plaintiff and hangs up without leaving a voicemail message.

WHEREFORE, Plaintiff, LISA GUINN, respectfully requests judgment be entered against Defendant, NORTHSTAR LOCATION SERVICES, LLC, for the following:

19. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

20. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

21. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

22. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

23. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

24. Defendant violated the RFDCPA based on the following:

    a. Defendant violated *§1788.11(b)* of the RFDCPA by placing telephone calls without meaningful disclosure of the caller's identity because Defendant calls Plaintiff and hangs up without leaving a message.

    b. Defendant violated *§1788.11(d)* of the RFDCPA by causing Plaintiff's telephone to ring repeatedly and continuously so as to annoy Plaintiff.

    c. Defendant violated *§1788.11(e)* of the RFDCPA by placing collection calls to Plaintiff with such frequency that was unreasonable and constituted harassment.

    d. Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq*.

WHEREFORE, Plaintiff, LISA GUINN, respectfully requests judgment be entered against Defendant, NORTHSTAR LOCATION SERVICES, LLC, for the following:

25. Declaratory judgment that Defendant's conduct violated the Rosenthal Fair Debt Collection Practices Act,

26. Statutory damages pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b)*,

27. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ Code § 1788.30(c)*, and

28. Any other relief that this Honorable Court deems appropriate.

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, LISA GUINN, demands a jury trial in this cause of action.

RESPECTFULLY SUBMITTED,

DATED:  August 11, 2010                    KROHN & MOSS, LTD.


By: /s/ Mahadhi Corzano

Mahadhi Corzano
Attorney for Plaintiff

PLAINTIFF'S COMPLAINT

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA

Plaintiff, LISA GUINN, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, LISA GUINN, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 6/24/10                              _____
                                                          LISA GUINN

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**EXHIBIT A**

PLAINTIFF'S COMPLAINT

LISA GUINN V. NORTHSTAR LOCATION SERVICES

| | | | | |
|---|---|---|---|---|
| Answered 2:00 | 800 Service | (877) 269-9058 | 6/15/10 | 8:12 AM |
| Answered 1:00 | Unknown | | Tue 6/15/10 | 8:03 AM |
| Answered 2:00 | Cincinnati OH | (513) 878-4916 | Mon 6/14/10 | 8:50 PM |
| Missed | Cincinnati OH | (513) 878-4916 | Mon 6/14/10 | 8:16 PM |
| Answered 1:00 | Unavailable | Restricted@76.96.2 | Mon 6/14/10 | 8:04 PM |
| Answered 1:00 | Cincinnati OH | (513) 878-4916 | Mon 6/14/10 | 7:36 PM |
| Missed | Cincinnati OH | (513) 878-4916 | Mon 6/14/10 | 6:49 PM |
| Answered 9:00 | Cell Phone CA | (559) 287-0025 | Mon 6/14/10 | 6:43 PM |
| Answered 7:00 | WILLBRIDGE SANT | (805) 963-3145 | Mon 6/14/10 | 5:35 PM |
| Answered 1:00 | RITE AID PHARMA | (530) 873-8761 | Mon 6/14/10 | 5:01 PM |
| Answered 1:00 | Unavailable | Restricted@76.96.2 | Mon 6/14/10 | 4:26 PM |
| Answered 14:00 | CONSUMER LAW CT | (323) 988-2400 | Mon 6/14/10 | 3:48 PM |
| Answered 4:00 | TRI COUNTIES BA | (530) 893-8861 | Mon 6/14/10 | 3:13 PM |
| Answered 1:00 | Cell Phone CA | (530) 514-1600 | Mon 6/14/10 | 1:04 PM |
| Answered 1:00 | VAN RU CREDIT | (866) 379-8649 | Mon 6/14/10 | 12:18 PM |
| Answered 2:00 | 800 Service | (888) 820-0964 | Mon 6/14/10 | 11:43 AM |
| Answered 1:00 | VITAL RECOVERY | (800) 732-6606 | Mon 6/14/10 | 10:48 AM |
| Answered 1:00 | TRI COUNTIES BA | (530) 893-8861 | Mon 6/14/10 | 10:08 AM |
| Answered 1:00 | Unavailable | Restricted@76.96.2 | Mon 6/14/10 | 9:39 AM |
| Answered 2:00 | 800 Service | (888) 613-0240 | Mon 6/14/10 | 9:18 AM |
| Answered 1:00 | Cincinnati OH | (513) 878-4916 | Mon 6/14/10 | 8:43 AM |
| Answered 6:00 | TRI COUNTIES BA | (530) 893-8861 | Mon 6/14/10 | 8:29 AM |
| Answered 1:00 | Cincinnati OH | (513) 878-4916 | Mon 6/14/10 | 8:16 AM |
| | | | Mon | |

| Answered | 1:00  | 800 Service     | (877) 269-9058   | 6/14/10      | 8:15 AM  |
|----------|-------|-----------------|------------------|--------------|----------|
| Answered | 1:00  | Unavailable     | Restricted@76.96.2 | Sun 6/13/10 | 6:47 PM  |
| Answered | 1:00  | Cincinnati OH   | (513) 878-4916   | Sun 6/13/10  | 9:15 AM  |
| Answered | 1:00  | Cincinnati OH   | (513) 878-4916   | Sun 6/13/10  | 9:04 AM  |
| Answered | 1:00  | Cincinnati OH   | (513) 878-4916   | Sun 6/13/10  | 8:51 AM  |
| Answered | 1:00  | Cincinnati OH   | (513) 878-4916   | Sun 6/13/10  | 8:43 AM  |
| Answered | 1:00  | Cincinnati OH   | (513) 878-4916   | Sun 6/13/10  | 8:35 AM  |
| Answered | 1:00  | Cincinnati OH   | (513) 878-4916   | Sun 6/13/10  | 8:22 AM  |
| Answered | 15:00 | Cell Phone CA   | (559) 840-6501   | Sat 6/12/10  | 9:26 PM  |
| Answered | 1:00  | Southward J     | (530) 327-7500   | Sat 6/12/10  | 8:36 PM  |
| Answered | 1:00  | Cincinnati OH   | (513) 878-4916   | Sat 6/12/10  | 1:43 PM  |
| Answered | 1:00  | Cincinnati OH   | (513) 878-4916   | Sat 6/12/10  | 1:23 PM  |
| Answered | 1:00  | Cincinnati OH   | (513) 878-4916   | Sat 6/12/10  | 10:04 AM |
| Answered | 1:00  | Cincinnati OH   | (513) 878-4916   | Sat 6/12/10  | 8:56 AM  |
| Answered | 2:00  | Cell Phone CA   | (530) 828-9631   | Sat 6/12/10  | 8:35 AM  |
| Answered | 1:00  | Cell Phone CA   | (530) 828-9631   | Sat 6/12/10  | 8:34 AM  |
| Answered | 1:00  | Cincinnati OH   | (513) 878-4916   | Sat 6/12/10  | 8:34 AM  |
| Answered | 2:00  | 800 Service     | (888) 820-0964   | Sat 6/12/10  | 8:23 AM  |
| Answered | 1:00  | Cincinnati OH   | (513) 878-4916   | Sat 6/12/10  | 8:11 AM  |
| Answered | 1:00  | Cincinnati OH   | (513) 878-4916   | Fri 6/11/10  | 7:49 PM  |
| Answered | 1:00  | Cincinnati OH   | (513) 878-4916   | Fri 6/11/10  | 7:14 PM  |
| Answered | 1:00  | DRS TECHNOLOGY  | (800) 851-9631   | Fri 6/11/10  | 6:31 PM  |
| Answered | 1:00  | Cincinnati OH   | (513) 878-4916   | Fri 6/11/10  | 6:30 PM  |
| Answered | 1:00  | VAN RU CREDIT   | (866) 379-8649   | Fri 6/11/10  | 6:25 PM  |
| Answered | 1:00  | DRS TECHNOLOGY  | (800) 851-9631   | Fri 6/11/10  | 5:58 PM  |
| Answered | 1:00  | DRS TECHNOLOGY  | (800) 851-9631   | Fri 6/11/10  | 5:25 PM  |
| Answered | 1:00  | DRS TECHNOLOGY  | (800) 851-9631   | Fri 6/11/10  | 4:53 PM  |
| Answered | 4:00  | Sparre T & D    | (530) 877-6570   | Fri 6/11/10  | 4:46 PM  |
| Answered | 1:00  | DRS TECHNOLOGY  | (800) 851-9631   | Fri 6/11/10  | 4:20 PM  |
| Answered | 1:00  | DRS TECHNOLOGY  | (800) 851-9631   | Fri 6/11/10  | 3:48 PM  |
| Answered | 1:00  | TRI COUNTIES BA | (530) 893-8861   | Fri 6/11/10  | 3:23 PM  |
| Answered | 1:00  | DRS TECHNOLOGY  | (800) 851-9631   | Fri 6/11/10  | 3:15 PM  |
| Answered | 1:00  | Unavailable     | Restricted@76.96.1 | Fri 6/11/10 | 1:56 PM  |

| Status | Duration | Name | Number | Date | Time |
|---|---|---|---|---|---|
| Answered | 1:00 | Unknown | | Fri 6/11/10 | 11:42 AM |
| Answered | 2:00 | TRI COUNTIES BA | (530) 893-8861 | Fri 6/11/10 | 11:21 AM |
| Answered | 1:00 | Sacramento CA | (916) 233-1008 | Fri 6/11/10 | 10:57 AM |
| Answered | 2:00 | 800 Service | (888) 613-0240 | Fri 6/11/10 | 10:50 AM |
| Answered | 1:00 | TRI COUNTIES BA | (530) 893-8861 | Fri 6/11/10 | 10:47 AM |
| Answered | 1:00 | TRI COUNTIES BA | (530) 893-8861 | Fri 6/11/10 | 10:31 AM |
| Answered | 1:00 | 800 Service | (877) 269-9058 | Fri 6/11/10 | 10:21 AM |
| Answered | 1:00 | 800 Service | (888) 863-8461 | Fri 6/11/10 | 10:05 AM |
| Answered | 1:00 | Unavailable | Restricted@76.96.1 | Fri 6/11/10 | 9:49 AM |
| Answered | 4:00 | TRI COUNTIES BA | (530) 893-8861 | Fri 6/11/10 | 9:17 AM |
| Answered | 1:00 | TRI COUNTIES BA | (530) 893-8861 | Fri 6/11/10 | 9:11 AM |
| Answered | 5:00 | TRI COUNTIES BA | (530) 893-8861 | Fri 6/11/10 | 8:33 AM |
| Answered | 1:00 | Cincinnati OH | (513) 878-4916 | Fri 6/11/10 | 8:29 AM |
| Answered | 1:00 | Cincinnati OH | (513) 878-4916 | Fri 6/11/10 | 8:16 AM |
| Answered | 1:00 | 800 Service | (877) 269-9058 | Fri 6/11/10 | 8:07 AM |
| Answered | 1:00 | Cincinnati OH | (513) 878-4916 | Fri 6/11/10 | 8:03 AM |
| Answered | 1:00 | Cincinnati OH | (513) 878-4916 | Thu 6/10/10 | 8:33 PM |
| Answered | 0:00 | Cincinnati OH | (513) 878-4916 | Thu 6/10/10 | 8:11 PM |
| Answered | 1:00 | 800 Service | (877) 269-9058 | Thu 6/10/10 | 7:40 PM |
| Answered | 1:00 | Cincinnati OH | (513) 878-4916 | Thu 6/10/10 | 7:31 PM |
| Answered | 1:00 | Hill Terry | (541) 298-2003 | Thu 6/10/10 | 7:13 PM |
| Missed | | Cincinnati OH | (513) 878-4916 | Thu 6/10/10 | 6:42 PM |
| Answered | 1:00 | Unknown | | Thu 6/10/10 | 6:31 PM |
| Answered | 1:00 | 800 Service | (888) 820-0964 | Thu 6/10/10 | 6:11 PM |
| Answered | 4:00 | Chase Kelly | (940) 284-1929 | Thu 6/10/10 | 5:41 PM |
| Answered | 1:00 | TRI COUNTIES BA | (530) 893-8861 | Thu 6/10/10 | 3:51 PM |

| Status | Duration | Name | Number | Date | Time |
|---|---|---|---|---|---|
| Answered | 1:00 | 800 Service | (866) 536-6629 | Thu 6/10/10 | 2:48 PM |
| Missed | | San Diego CA | (619) 374-7749 | Thu 6/10/10 | 2:22 PM |
| Answered | 1:00 | Unavailable | Restricted@76.96.2 | Thu 6/10/10 | 1:20 PM |
| Answered | 2:00 | TRI COUNTIES BA | (530) 893-8861 | Thu 6/10/10 | 12:00 PM |
| Answered | 2:00 | 800 Service | (888) 613-0240 | Thu 6/10/10 | 10:10 AM |
| Missed | | Unknown | (888) 613-0240 | Thu 6/10/10 | 10:10 AM |
| Answered | 1:00 | 800 Service | (877) 269-9058 | Thu 6/10/10 | 9:21 AM |
| Answered | 1:00 | Cincinnati OH | (513) 878-4916 | Thu 6/10/10 | 8:38 AM |
| Answered | 1:00 | 800 Service | (877) 269-9058 | Thu 6/10/10 | 8:29 AM |
| Answered | 1:00 | Unavailable | Restricted@76.96.2 | Thu 6/10/10 | 8:24 AM |
| Answered | 1:00 | TRI COUNTIES BA | (530) 893-8861 | Thu 6/10/10 | 8:18 AM |
| Answered | 2:00 | Chase Kelly | (940) 284-1929 | Thu 6/10/10 | 8:16 AM |
| Answered | 1:00 | Cincinnati OH | (513) 878-4916 | Thu 6/10/10 | 8:07 AM |
| Answered | 1:00 | Unknown | | Thu 6/10/10 | 8:04 AM |
| Answered | 1:00 | Cell Phone CA | (559) 999-9336 | Wed 6/9/10 | 9:11 PM |
| Answered | 30:00 | Hood River OR | (541) 386-2670 | Wed 6/9/10 | 9:04 PM |
| Missed | | Cincinnati OH | (513) 878-4916 | Wed 6/9/10 | 8:11 PM |
| Answered | 1:00 | Cincinnati OH | (513) 878-4916 | Wed 6/9/10 | 7:43 PM |
| Answered | 1:00 | Unavailable | Restricted@76.96.2 | Wed 6/9/10 | 7:34 PM |
| Answered | 1:00 | Cincinnati OH | (513) 878-4916 | Wed 6/9/10 | 7:15 PM |
| Answered | 1:00 | 800 Service | (877) 269-9058 | Wed 6/9/10 | 7:13 PM |
| Answered | 1:00 | Cincinnati OH | (513) 878-4916 | Wed 6/9/10 | 6:48 PM |
| Answered | 1:00 | 800 Service | (877) 269-9058 | Wed 6/9/10 | 5:56 PM |
| Answered | 1:00 | Unavailable | Restricted@76.96.2 | Wed 6/9/10 | 1:51 PM |
| Answered | 1:00 | 800 Service | (877) 269-9058 | Wed 6/9/10 | 12:40 PM |
| Answered | 1:00 | 800 Service | (888) 820-0964 | Wed 6/9/10 | 11:29 AM |
| Answered | 1:00 | VITAL RECOVERY | (800) 732-6606 | Wed 6/9/10 | 11:22 AM |

| Status | Duration | Name | Number | Date | Time |
|---|---|---|---|---|---|
| Missed | | 800 Service | (877) 701-6896 | Mon 6/7/10 | 12:02 PM |
| Answered | 1:00 | Cell Phone CA | (530) 514-1447 | Mon 6/7/10 | 11:10 AM |
| Answered | 1:00 | Unavailable | Restricted@76.96.2 | Mon 6/7/10 | 10:35 AM |
| Answered | 2:00 | Cell Phone CA | (530) 514-1447 | Mon 6/7/10 | 10:19 AM |
| Answered | 1:00 | 800 Service | (877) 269-9058 | Mon 6/7/10 | 10:03 AM |
| Answered | 1:00 | Cincinnati OH | (513) 878-4916 | Mon 6/7/10 | 8:35 AM |
| Answered | 1:00 | Cincinnati OH | (513) 878-4916 | Mon 6/7/10 | 8:21 AM |
| Missed | | 800 Service | (888) 820-0964 | Mon 6/7/10 | 8:20 AM |
| Answered | 1:00 | Cell Phone CA | (530) 514-1600 | Mon 6/7/10 | 12:45 AM |
| Answered | 4:00 | Cell Phone CA | (530) 514-1600 | Sun 6/6/10 | 10:00 PM |
| Answered | 3:00 | Cell Phone CA | (530) 514-1600 | Sun 6/6/10 | 9:52 PM |
| Answered | 2:00 | Cell Phone CA | (530) 514-1600 | Sun 6/6/10 | 8:42 PM |
| Answered | 3:00 | Cell Phone CA | (530) 514-1600 | Sun 6/6/10 | 6:45 PM |
| Answered | 6:00 | Cell Phone CA | (530) 514-1600 | Sun 6/6/10 | 4:57 PM |
| Answered | 2:00 | Baron Sylvia | (530) 624-2096 | Sun 6/6/10 | 4:34 PM |
| Answered | 4:00 | Finnagan Corine | (530) 327-7106 | Sun 6/6/10 | 3:16 PM |
| Answered | 1:00 | Cell Phone CA | (530) 514-1600 | Sun 6/6/10 | 1:55 PM |
| Answered | 3:00 | Finnagan Corine | (530) 327-7106 | Sun 6/6/10 | 1:42 PM |
| Answered | 1:00 | Unavailable | Restricted@76.96.2 | Sun 6/6/10 | 1:01 PM |
| Answered | 1:00 | RITE AID PHARMA | (530) 873-8758 | Sun 6/6/10 | 12:21 PM |
| Answered | 1:00 | Cell Phone CA | (530) 514-1600 | Sun 6/6/10 | 12:05 PM |
| Answered | 2:00 | CHASE HUGO & LI | (940) 995-7187 | Sun 6/6/10 | 12:03 PM |
| Answered | 1:00 | Cell Phone CA | (530) 514-1600 | Sun 6/6/10 | 10:50 AM |
| Answered | 1:00 | Cincinnati OH | (513) 878-4916 | Sun 6/6/10 | 9:24 AM |
| Answered | 1:00 | Cincinnati OH | (513) 878-4916 | Sun 6/6/10 | 9:13 AM |
| Answered | 1:00 | Cincinnati OH | (513) 878-4916 | Sun 6/6/10 | 9:02 AM |
| Answered | 1:00 | Cincinnati OH | (513) 878-4916 | Sun 6/6/10 | 8:48 AM |
| Answered | 1:00 | Cincinnati OH | (513) 878-4916 | Sun 6/6/10 | 8:32 AM |
| Answered | 1:00 | Cincinnati OH | (513) 878-4916 | Sun 6/6/10 | 8:05 AM |
| Answered | 13:00 | Cell Phone OR | (541) 806-1901 | Sat 6/5/10 | 9:39 PM |
| Answered | 6:00 | Private | | Sat 6/5/10 | 8:24 PM |

| | | | | | |
|---|---|---|---|---|---|
| Answered | 1:00 | Kemp D & M | (530) 873-3748 | Sat 6/5/10 | 4:13 PM |
| Answered | 30:00 | Chase Kelly | (940) 284-1929 | Sat 6/5/10 | 2:55 PM |
| Answered | 1:00 | Cincinnati OH | (513) 878-4916 | Sat 6/5/10 | 11:16 AM |
| Answered | 0:00 | Unavailable | Restricted@76.96.2 | Sat 6/5/10 | 10:45 AM |
| Answered | 1:00 | Cincinnati OH | (513) 878-4916 | Sat 6/5/10 | 10:41 AM |
| Answered | 4:00 | Cell Phone CA | (530) 514-1600 | Sat 6/5/10 | 10:21 AM |
| Answered | 1:00 | Cincinnati OH | (513) 878-4916 | Sat 6/5/10 | 9:34 AM |
| Answered | 1:00 | Cell Phone CA | (530) 828-9631 | Sat 6/5/10 | 9:23 AM |
| Answered | 1:00 | Cincinnati OH | (513) 878-4916 | Sat 6/5/10 | 9:08 AM |
| Answered | 1:00 | Cincinnati OH | (513) 878-4916 | Sat 6/5/10 | 8:23 AM |
| Answered | 1:00 | Cincinnati OH | (513) 878-4916 | Sat 6/5/10 | 8:04 AM |
| Answered | 7:00 | Private | | Fri 6/4/10 | 9:30 PM |
| Answered | 1:00 | Private | | Fri 6/4/10 | 9:13 PM |
| Answered | 1:00 | Cincinnati OH | (513) 878-4916 | Fri 6/4/10 | 8:27 PM |
| Answered | 1:00 | Cincinnati OH | (513) 878-4916 | Fri 6/4/10 | 8:14 PM |
| Answered | 1:00 | Cincinnati OH | (513) 878-4916 | Fri 6/4/10 | 7:53 PM |
| Answered | 1:00 | Cincinnati OH | (513) 878-4916 | Fri 6/4/10 | 7:31 PM |
| Answered | 1:00 | DRS TECHNOLOGY | (800) 851-9631 | Fri 6/4/10 | 6:54 PM |
| Answered | 1:00 | DRS TECHNOLOGY | (800) 851-9631 | Fri 6/4/10 | 6:22 PM |
| Answered | 1:00 | DRS TECHNOLOGY | (800) 851-9631 | Fri 6/4/10 | 5:49 PM |
| Answered | 1:00 | DRS TECHNOLOGY | (800) 851-9631 | Fri 6/4/10 | 5:16 PM |
| Answered | 4:00 | Cell Phone CA | (530) 514-1600 | Fri 6/4/10 | 3:11 PM |
| Answered | 1:00 | 800 Service | (877) 269-9058 | Fri 6/4/10 | 2:14 PM |
| Answered | 1:00 | Hiney Daniel | (530) 518-2101 | Fri 6/4/10 | 12:45 PM |
| Answered | 1:00 | VITAL RECOVERY | (800) 732-6606 | Fri 6/4/10 | 12:39 PM |
| Answered | 1:00 | Hiney Daniel | (530) 518-2101 | Fri 6/4/10 | 12:19 PM |
| Answered | 1:00 | 800 Service | (888) 820-0964 | Fri 6/4/10 | 11:53 AM |
| Answered | 1:00 | 800 Service | (877) 255-6382 | Fri 6/4/10 | 11:53 AM |
| Answered | 1:00 | Unavailable | Restricted@76.96.2 | Fri 6/4/10 | 11:02 AM |
| Answered | 2:00 | Cell Phone CA | (530) 514-1600 | Fri 6/4/10 | 10:40 AM |
| Answered | 3:00 | Buckley Larry | (530) 343-5216 | Fri 6/4/10 | 9:50 AM |

| Status | Duration | Location | Number | Date | Time |
|---|---|---|---|---|---|
| Answered | 1:00 | Cincinnati OH | (513) 878-4916 | Fri 6/4/10 | 9:24 AM |
| Answered | 1:00 | Cell Phone CA | (530) 828-9631 | Fri 6/4/10 | 9:22 AM |
| Answered | 1:00 | Cincinnati OH | (513) 878-4916 | Fri 6/4/10 | 8:31 AM |
| Answered | 1:00 | 800 Service | (877) 269-9058 | Fri 6/4/10 | 8:27 AM |
| Answered | 1:00 | Cell Phone CA | (530) 514-1600 | Thu 6/3/10 | 10:02 PM |
| Answered | 1:00 | Cincinnati OH | (513) 878-4916 | Thu 6/3/10 | 8:38 PM |
| Answered | 1:00 | Cincinnati OH | (513) 878-4916 | Thu 6/3/10 | 8:28 PM |
| Answered | 1:00 | Cincinnati OH | (513) 878-4916 | Thu 6/3/10 | 8:05 PM |
| Answered | 1:00 | Cincinnati OH | (513) 878-4916 | Thu 6/3/10 | 6:50 PM |
| Answered | 5:00 | Cell Phone CA | (530) 514-1600 | Thu 6/3/10 | 6:48 PM |
| Answered | 1:00 | San Diego CA | (619) 374-7749 | Thu 6/3/10 | 6:45 PM |
| Answered | 1:00 | Cell Phone CA | (559) 840-6501 | Thu 6/3/10 | 6:08 PM |
| Answered | 1:00 | Cell Phone CA | (559) 840-6501 | Thu 6/3/10 | 6:05 PM |
| Answered | 1:00 | 800 Service | (888) 820-0964 | Thu 6/3/10 | 5:30 PM |
| Answered | 1:00 | Cell Phone CA | (530) 514-1600 | Thu 6/3/10 | 5:06 PM |
| Missed |  | Baron Sylvia | (530) 624-2096 | Thu 6/3/10 | 11:54 AM |
| Answered | 1:00 | RITE AID PHARMA | (530) 342-0787 | Thu 6/3/10 | 11:48 AM |
| Answered | 1:00 | 800 Service | (888) 820-0964 | Thu 6/3/10 | 11:40 AM |
| Answered | 1:00 | Unavailable | Restricted@76.96.2 | Thu 6/3/10 | 10:12 AM |
| Answered | 1:00 | TRI COUNTIES BA | (530) 893-8861 | Thu 6/3/10 | 9:52 AM |
| Answered | 1:00 | Cincinnati OH | (513) 878-4916 | Thu 6/3/10 | 8:53 AM |
| Answered | 1:00 | Cincinnati OH | (513) 878-4916 | Thu 6/3/10 | 8:19 AM |
| Answered | 1:00 | Cincinnati OH | (513) 878-4916 | Wed 6/2/10 | 8:12 PM |
| Answered | 1:00 | Cincinnati OH | (513) 878-4916 | Wed 6/2/10 | 7:44 PM |
| Answered | 1:00 | Unavailable | Restricted@76.96.2 | Wed 6/2/10 | 7:40 PM |
| Answered | 1:00 | Cincinnati OH | (513) 878-4916 | Wed 6/2/10 | 6:55 PM |
| Answered | 5:00 | Private |  | Wed 6/2/10 | 6:50 PM |
| Answered | 1:00 | Buffalo NY | (716) 995-7420 | Wed 6/2/10 | 5:10 PM |
| Answered | 1:00 | RITE AID PHARMA | (530) 873-8761 | Wed 6/2/10 | 5:00 PM |
| Answered | 1:00 | Buffalo NY | (716) 995-7420 | Wed 6/2/10 | 4:51 PM |
| Answered | 1:00 | Unavailable | Restricted@76.96.2 | Wed 6/2/10 | 2:13 PM |
| Answered | 1:00 | 800 Service | (888) 820-0964 | Wed 6/2/10 | 1:34 PM |
| Answered | 1:00 | Unknown |  | Wed 6/2/10 | 12:31 PM |
| Answered | 1:00 | Sacramento CA | (916) 233-1008 | Wed 6/2/10 | 10:47 AM |